**Order entered August 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00942-CV

**CHRISTOPHER KOLLACK, ET AL., Appellants**

**V.**

**CALIBER HOME LOANS, INC., ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05965**

## ORDER

We **GRANT** the August 11, 2015 motion of Felicia Pitre, Dallas County District Clerk, for an extension of time to file the clerk's record. The clerk's record shall be filed by **SEPTEMBER 10, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE